**Clarence BOGAN, III, Plaintiff–Appellant,**

v.

**Kevin MCDONOUGH, et al., Defendants–Appellees.**

No. 08–4595.

United States Court of Appeals, Sixth Circuit.

Jan. 8, 2010.

BEFORE: MERRITT, GIBBONS, and ROGERS, Circuit Judges.

ROGERS, Circuit Judge.

In this appeal, Plaintiff Clarence Bogan, III challenges the district court's dismissal of his civil rights complaint under 28 U.S.C. § 1915(e). On September 28, 2009, after the appeal was docketed, Bogan moved to dismiss his appeal. Accordingly, the court grants Bogan's motion to dismiss the appeal.